THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ELBA N. CRUZ,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY OF CAMDEN, et al.,<br><br>      Defendants. | Civil No. 06-1809 (JBS) |

**O R D E R**

This matter is before the Court on defendants' request for a copy of the contents of the files from the New Jersey Division of Youth and Family Services ("DYFS") regarding Anibal Cruz, Jr., d/o/b: 11/18/1993, and Elba Cruz, d/o/b: 1/25/1973; and no party objecting to the request; and the Court noting that pursuant to N.J.S.A. 9:6-8.10a(b)(6), DYFS shall release its records and reports upon a finding that access to such records may be necessary for determination of an issue before the Court; and the Court determining that the requested records are relevant to the issues in this case; and for good cause shown

IT IS on this 5th day of August, 2007 hereby

ORDERED that defendants' request for release of records of the Division of Youth and Family Services is GRANTED; and it is further

ORDERED that no later than **August 29, 2008,** DYFS is directed to serve Cheryl Cooper, Esquire, with a copy of all records and

reports regarding Anibel Cruz, Jr. and Elba Cruz; and it is further

ORDERED that after her receipt Ms. Cooper shall promptly serve all parties in the case with a copy of all DYFS records and reports she receives; and it is further

ORDERED that all DYFS records or reports shall be deemed confidential for use only in this litigation.  If any party wishes to attach or reference the information within these documents in any filing with the court, the party shall file a Motion to Seal pursuant to Local Civil Rule 5.3(c); and it is further

ORDERED that Cheryl Cooper, Esquire, shall serve a copy of this Order upon an attorney for DYFS responsible for responding to this Order within seven (7) days of her receipt of this Order.

/s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge